JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUL 21 2008

CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE HOBBS, | Case No. CV 05-7823-DOC (OP) |
| Plaintiff, | JUDGMENT |
| vs. | |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order of the Court approving the Recommendation of the United States Magistrate Judge and adopting the same as the facts and conclusions of law herein,

/ / /

/ / /

/ / /

---

[1] Michael J. Astrue, who was sworn in as the Commissioner of the Social Security Administration on February 12, 2007, is substituted as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1  IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this
2  Report and Recommendation; and (2) directing that Judgment be entered dismissing
3  this action with prejudice.
4
5
6  DATED: July 21, 2008                         /s/ David O. Carter
                                                HONORABLE DAVID O. CARTER
7                                               United States District Judge
8
9  Prepared by:
10
11  _____
   HONORABLE OSWALD PARADA
12  United States Magistrate Judge